UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID A. JOHNSON, | ) | CV F 03 5701 AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR ORAL HEARING |
| | ) | |
| v. | ) | |
| | ) | [Doc. 48] |
| | ) | |
| SHERIFF RICHARD PIERCE, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 24, 2006, the Magistrate Judge issued Findings and Recommendations that the Petition for Writ of Habeas Corpus be denied. These Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. No objections were filed.[1]

On July 12, 2006, Petitioner filed a request for an oral hearing to present his objections to the findings and recommendations. Petitioner admits that he failed to timely file written

---

[1] The court notes that Petitioner's copy of the findings and recommendations was returned by the United States Postal Service as undeliverable. Pursuant to Local Rule 83-183(b), service at a party's address of record is fully effective.

1

objections. There is no provision in either the Local Rules or the Federal Rules for the presentation of oral objections to a Magistrate Judge's findings and recommendations as a substitute for the filing of timely written objections. Accordingly, Petitioner's request is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   July 17, 2006                             /s/  William M. Wunderlich
bl0dc4                                       UNITED STATES MAGISTRATE JUDGE