# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID A. JOHNSON, | ) | CV F 03 5701 AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | ) | |
| v. | ) | [Doc. 43] |
| | ) | |
| SHERIFF RICHARD PIERCE, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On March 24, 2006, the Magistrate Judge issued Findings and Recommendations that the Petition for Writ of Habeas Corpus be denied. These Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. No objections were filed.[1]

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

---

[1] The court notes that Petitioner's copy of the findings and recommendations was returned by the United States Postal Service as undeliverable. Pursuant to Local Rule 83-183(b), service at a party's address of record is fully effective.

1 | Findings and Recommendations are supported by the record and proper analysis.  Accordingly,
2 | IT IS HEREBY ORDERED that:
3 |     1. The Findings and Recommendations issued March 24, 2006, are ADOPTED IN FULL;
4 |     2. The Petition for Writ of Habeas Corpus is DENIED;
5 |     4. The Clerk of the Court is DIRECTED to enter judgment for Respondent and to close
6 |     this case.

8 | IT IS SO ORDERED.
9 | **Dated:   July 29, 2006**                    **/s/ Anthony W. Ishii**
  | 0m8i78                                         UNITED STATES DISTRICT JUDGE